IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MICHELLE CANIPE            )
                           )
   Plaintiff,              )
                           )
vs.                        )    Case No. 5:13 -CV- 04052-JAR-DJW
                           )
WASHBURN UNIVERSITY and    )
ALAN BEARMAN, individually )
and in his capacity as Dean of Libraries, )
Washburn University,       )
                           )
   Defendants.             )
_____)

## CLERK'S ORDER FOR EXTENSION

Pursuant to D. Kan. Rule 77.2(a)(2), it is hereby

ORDERED that the Defendants, Washburn University and Alan Bearman, in the above-entitled action be granted an additional fourteen (14) days from September 16, 2013, up to and including, September 30, 2013, in which to answer or otherwise plead to Plaintiff's Amended Complaint filed herein. The time originally prescribed in which to answer or otherwise plead to Plaintiff's Amended Complaint has not expired.

                                                           CLERK OF THE DISTRICT COURT

                                        By:   s/D. Waylan
                                               Deputy Clerk

Submitted by:

<u>s/ Arthur E. Palmer</u>
Arthur E. Palmer - #05949
Richard J. Raimond - #22688
Goodell Stratton Edmonds & Palmer LLP
515 South Kansas Avenue
Topeka, Kansas  66603
785/233-0593
785/233-8870
apalmer@gseplaw.com
Attorneys for Defendants